THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 Sherry Ann Felder, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Lawrence Gordon, Appellant.
 
 
 
 
 

Appeal From Charleston County
Mikell R. Scarborough, Master-in-Equity

Unpublished Opinion No. 2010-UP-360
 Submitted June 1, 2010  Filed July 12,
2010

AFFIRMED

 
 
 
 Dwayne M. Green, of Charleston, for
 Appellant.
 Philip A. Middleton, of Charleston, for
 Respondent.
 
 
 

PER CURIAM: This is a
 default judgment case. Lawrence Gordon appeals from the master-in-equity's
 order of default judgment, arguing he should have received notice of the entry
 of default because he appeared in the litigation by accepting service of
 process.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: Rule 5(a), SCRCP (stating "notice of any trial or hearing on unliquidated damages shall
 also be given to parties in default"); Stark Truss Co. v.
 Superior Constr. Corp., 360 S.C. 503, 508, 602 S.E.2d 99, 102 (Ct. App.
 2004) (distinguishing the entry of default from a judgment by default); Beckham
 v. Durant, 300 S.C. 329, 331 n.2, 387 S.E.2d 701, 703 n.2 (Ct. App. 1989)
 ("Judgment by default is not properly entered until damages are determined"). 
AFFIRMED. 
HUFF, SHORT,
 and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.